IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS HOYETT and<br>LASONJIA HOYETT,<br><br>       Plaintiffs,<br><br>v.<br><br>WINDSOR EQUITY GROUP, INC.;<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:12-cv-4066-TMP |

## ORDER OF DISMISSAL

The plaintiffs have filed a joint motion to dismiss (doc. 14), reciting that the dispute has been settled, and seeking dismissal of all claims with prejudice. Accordingly, all claims against the defendant are DISMISSED WITH PREJUDICE, each party to bear his or its own costs.

DONE the 8th day of April, 2014.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE